NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3093

JEWEL MARSHALL-MOSBY,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

David Ratowitz, The Ratowitz Law Firm, LLC, of Chicago, Illinois, argued for petitioner.

Jeffrey D. Klingman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Appealed from: Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3093

JEWEL MARSHALL-MOSBY,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

In CASE NO(S).        CH0752080296-I-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, BRYSON, and LINN, <u>Circuit Judges</u>).

**<u>AFFIRMED</u>.**  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED ____February 17, 2010____        ____/s/ Jan Horbaly_____
                                        Jan Horbaly, Clerk